**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6723**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

EDWARD HUGH OKUN,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:08-cr-00132-REP-1)

Submitted:  October 18, 2016          Decided:  October 21, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Hugh Okun, Appellant Pro Se.  Jessica D. Aber, OFFICE OF THE UNITED STATES ATTORNEY, Richard Daniel Cooke, Michael Steven Dry, Gurney Wingate Grant, II, Robert P. McIntosh, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Hugh Okun appeals from the district court's garnishment disposition order directing JP Morgan Chase Bank, N.A., to pay the Government all funds held by the bank for Okun. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Okun, No. 3:08-cr-00132-REP-1 (E.D. Va. May 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED